**ORIGINAL**

Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS

| | |
|---|---|
| PAUL F. CRONIN | 573-0 |
| PATRICK F. McTERNAN | 4269-0 |
| HOWARD G. McPHERSON | 5582-0 |

600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD L. BRUINS, <br><br>  Plaintiff, <br><br> vs. <br><br> HEALY TIBBITTS BUILDERS, INC., <br><br>  Defendant. | ) CIVIL NO. 04-00411 DAE-LEK <br> ) (In Admiralty) <br> ) <br> ) <br> ) PLAINTIFF'S FIFTH STATUS <br> ) REPORT; CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

PLAINTIFF'S FIFTH STATUS REPORT

Pursuant to the Order Granting Ex Parte Motion to Stay entered August 2, 2004, Plaintiff hereby reports on the status of related state court and administrative litigation:

The parties are currently still in mediation attempting to globally resolve this and all the related litigation. Plaintiff will file his Answering Brief in the Hawaii Supreme Court on March 10, 2006.

Plaintiff will report again in 120 days.

DATED: Honolulu, Hawaii, February 28, 2006.

                              Respectfully Submitted,

                              PAUL F. CRONIN
                              PATRICK F. McTERNAN
                              HOWARD G. McPHERSON
                              Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD L. BRUINS, | ) CIVIL NO. |
| | ) (In Admiralty) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HEALY TIBBITTS BUILDERS, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon filing to following by U. S. Mail, first class postage prepaid:

ROBERT G. FRAME, ESQ.
FRAME FORMBY & O'KANE
Four Waterfront Plaza
500 Ala Moana Blvd., Suite 575
Honolulu, Hawaii 96813

Attorney for Defendant
HEALY TIBBITTS BUILDERS, INC.
(no formal appearance yet in this case)

DATED: Honolulu, Hawaii, February 28, 2006.

_____
PAUL F. CRONIN
PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff