# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00411JMS-LEK |
| CASE NAME: | Richard L. Bruins vs. Healy Tibbits Builders, Inc. |
| ATTYS FOR PLA: | Howard G. McPherson |
| ATTYS FOR DEFT: | Robert G. Frame |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 06/06/2006 | TIME: | 9:15-9:30 |

COURT ACTION:  EP: Trial Resetting Conference held.

Appeal to the Hawaii State Supreme Court on the workers' compensation is still pending.

Counsel will confer with clients about entering a Stipulation for Dismissal Without Prejudice with wording tolling time as to statute of limitations.

Non Jury Trial date of 5/8/07 given.

If case is not resolved within 30 days, **Amended** Rule 16 Scheduling Order will be issued with new trial date.

Submitted by: Warren N. Nakamura, Courtroom Manager