ORIGINAL

Of Counsel:
CRONIN, FRIED, SEKIYA,
 KEKINA & FAIRBANKS

PAUL F. CRONIN            573-0
PATRICK F. McTERNAN       4269-0
HOWARD G. McPHERSON       5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2006

at 10 o'clock and 00 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD L. BRUINS,<br><br>  Plaintiff,<br><br>  vs.<br><br>HEALY TIBBITTS BUILDERS, INC.,<br><br>  Defendant. | CIVIL NO. 04-00411 DAE-LEK<br>(In Admiralty)<br><br>PLAINTIFF'S SIXTH STATUS REPORT; CERTIFICATE OF SERVICE |

PLAINTIFF'S SIXTH STATUS REPORT

Pursuant to the Order Granting Ex Parte Motion to Stay entered August 2, 2004, Plaintiff hereby reports on the status of related state court and administrative litigation:

The parties are currently still in mediation attempting to globally resolve this and all the related litigation. Briefing has been completed in the Hawaii Supreme Court, which has by Order dispensed with oral argument; the matter is therefore under submission and the parties await a decision.

DATED: Honolulu, Hawaii, June 30, 2006.

Respectfully Submitted,

_____
PAUL F. CRONIN
PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICHARD L. BRUINS, | ) | CIVIL NO. |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| HEALY TIBBITTS BUILDERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon filing to following by U. S. Mail, first class postage prepaid:

ROBERT G. FRAME, ESQ.
FRAME FORMBY & O'KANE
Four Waterfront Plaza
500 Ala Moana Blvd., Suite 575
Honolulu, Hawaii 96813

Attorney for Defendant
HEALY TIBBITTS BUILDERS, INC.
(no formal appearance yet in this case)

DATED: Honolulu, Hawaii, June 30, 2006.

PAUL F. CRONIN
PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff