# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/02/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00411JMS-LEK |
| CASE NAME: | Richard L. Bruins vs. Healy Tibbits Builders, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/02/2006 | TIME: | |

COURT ACTION:  EO: Trial date and deadlines given. Rule 16 Scheduling Order to be issued.

1. Non-jury trial on May 8, 2007 at 9:00 a.m. before JMS
2. Final Pretrial Conference on March 27, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by March 20, 2007
5. File motions to Join/Add Parties/Amend Pleadings by October 6, 2006
6. File other Non-Dispositive Motions by February 7, 2007
7. File Dispositive Motions by December 6, 2006
8a. File Motions in Limine by April 17, 2007
8b. File opposition memo to a Motion in Limine by April 24, 2007
11a. Plaintiff's Expert Witness Disclosures by November 6, 2006
11b. Defendant's Expert Witness Disclosures by December 6, 2006
12. Discovery deadline March 9, 2007
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by April 17, 2007
24. Exchange Exhibit and Demonstrative aids by April 10, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 17, 2007
26. File objections to the Exhibits by April 24, 2007
28a. File Deposition Excerpt Designations by April 17, 2007

28b.   File Deposition Counter Designations and Objections by April 24, 2007
29.    File Trial Brief by April 24, 2007
30.    File Findings of Fact & Conclusions of Law by April 24, 2007

Other Matters: Rule 16 Scheduling Order to be issued

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00411JMS-LEK;
Richard L. Bruins vs. Healy Tibbits Builders, Inc.;
Rule 16 Scheduling Conference Minutes
08/02/2006