# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/27/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 04-00411JMS-LEK

CASE NAME:   Richard L. Bruins vs. Healy Tibbets Builders, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    03/27/2007                   TIME:

COURT ACTION:  EO: Final Pretrial Conference set for 9:00 3/27/2007, LEK is Vacated.

Case tentatively Settled. Stipulation for Dismissal to be submitted shortly.

Submitted by: Warren N. Nakamura, Courtroom Manager