# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/02/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00411JMS-LEK |
| CASE NAME: | Richard L. Bruins vs. Healy Tibbitts Builders, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 04/02/2007 | TIME: | |

COURT ACTION:  EO: Stipulation for Dismissal to be submitted by the parties no later than **5/2/07.**

Submitted by: Warren N. Nakamura, Courtroom Manager