## ORIGINAL

Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS

| | |
|---|---|
| PAUL F. CRONIN | 573-0 |
| PATRICK F. McTERNAN | 4269-0 |
| HOWARD G. McPHERSON | 5582-0 |

600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 3 2007

at _____ o'clock and _____ M
SUE BEITIA, CLERK

**LODGED**

APR 19 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD L. BRUINS, | ) CIVIL NO. 04-00411 JMS-LEK |
| | ) (In Admiralty) |
|        Plaintiff, | ) |
| | ) STIPULATION FOR DISMISSAL |
| vs. | ) WITH PREJUDICE AND ORDER |
| | ) |
| HEALY TIBBITTS BUILDERS, | ) |
| INC., | ) |
| | ) Trial: May 8, 2007 (vacated) |
|        Defendant. | ) Judge: Hon. J. Michael Seabright |
| | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

Pursuant to Fed.R.Civ.P. 41(a), all parties who have appeared in this action

hereby stipulate to its dismissal with prejudice, each party to bear its own

attorney's fees and costs.

SO STIPULATED:

HOWARD G. McPHERSON
Attorney for Plaintiff

ROBERT G. FRAME
Attorney for Defendant
HEALY TIDBITS BUILDERS, INC.

APPROVED AND SO ORDERED:

JUDGE OF THE ABOVE-ENTITLED COURT

Bruins v. Healy Tibbitts; Civil No. 04-00411 JMS-LEK; Stipulation for Dismissal
With Prejudice and Order